**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-2845 |
| Plaintiff - Appellee, | D.C. No. 1:15-cr-00057-SPW-1 |
| v. | MEMORANDUM* |
| JOSHUA LEE HELM, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Susan P. Watters, District Judge, Presiding

Submitted April 22, 2024**

Before:     CALLAHAN, LEE, and FORREST, Circuit Judges.

Joshua Lee Helm appeals from the district court's order denying his motion

for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).  We dismiss the

appeal as untimely.

Helm filed his notice of appeal more than 44 days after entry of the district

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

court's order. *See* Fed. R. App. P. 4(b)(1), (b)(4). Because the government

properly objected to Helm's untimely notice of appeal, we must dismiss. *See*

*United States v. Sadler*, 480 F.3d 932, 941-42 (9th Cir. 2007).

**DISMISSED.**